IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 2, 2013 |
| Court Reporter: Gwen Daniel | Probation: Ryan P. Henry |

_____

Criminal Action No. 12-cr-00446-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   David M. Conner

    Plaintiff,

v.

RICHARD WILLIAMS,                           Matthew C. Golla

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:06 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Mr. Conner

Sentencing Statement by Mr. Golla

**ORDERED: The defendant's Objection to the Presentence Investigation Report**

1

**(ECF No. 28) is OVERRULED AS MOOT.**

**ORDERED:** **The Government's Motion Regarding Acceptance of Responsibility (ECF No. 22) is DENIED AS WITHDRAWN.**

**ORDERED:** **Defendant's Motion For Variant Sentence (ECF No. 29) is DENIED AS MOOT.**

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on April 30, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Richard Williams, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.**

**While on Supervised Release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **The following special conditions of supervised release are imposed:**

> **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**
>
> **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.**
>
> **The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**
>
> **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**
>
> **The defendant shall have no association with gang members or participate in any gang activity during the time and period of his supervised release.**

**ORDERED:** **The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:36 p.m.   Court in Recess
             Hearing concluded

       Time: 30 minutes