IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 12-CR-00446-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WILLIAMS,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on April 19, 2016 for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The defendant waived his right to preliminary hearing. In addition, the court has considered the proffers by the defendant and the government. Lastly, I have taken judicial notice of the court's file.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, there is evidence shows that defendant has used cocaine and six separate occasions; has failed to participate in drug testing on multiple occasions; and has failed to undergo treatment on multiple occasions.

    In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report and the entire court file. I have also considered the proffers and arguments of counsel. Under these circumstances, I find that probable cause exists to believe that the defendant violated one or more conditions of his

Supervised Release.   I further find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings and he has further failed to show that he is not a danger to the community. On the record before the court, I find that no condition or combination of conditions of release that will reasonably assure the appearance of the defendant and the safety of the community.  Accordingly, I order the defendant detained without bond.

Done this 19th of April 2016.

BY THE COURT

S/ Michael J. Watanabe

_____

Michael J. Watanabe
U.S. Magistrate Judge